IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01779-LTB

JUVENCIA D. TOWNSEND,

    Plaintiff,

v.

LT. JOHN SCOLERI,
LT. JAMES YATES, and
SGT. ALLEN,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Christine M. Arguello, District Judge, on October 30, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 30 day of October, 2015.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/ A. García Gallegos
                        Deputy Clerk